Shawn HARRIS, Appellant

v.

COMMONWEALTH of Pennsylvania, PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

Nov. 19, 2014.

### ORDER

PER CURIAM.

AND NOW, this 19th day of November, 2014, the direct appeal is QUASHED. The matter is treated as a Petition for Allowance of Appeal, *see McMahon v. Pa. Bd. of Probation & Parole,* 504 Pa. 240, 470 A.2d 1337 (1983), and is DENIED.

Hiram R. JOHNSTON Jr., Appellant

v.

PA. DEPT. OF CORRECTIONS, et al., Appellee.

Supreme Court of Pennsylvania.

Nov. 19, 2014.

### ORDER

PER CURIAM.

AND NOW, this 19th day of November, 2014, the order of the Commonwealth Court is hereby AFFIRMED.

George STRZELCZYK, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

Nov. 19, 2014.

### ORDER

PER CURIAM.

AND NOW, this 19th day of November, 2014, the order of the Commonwealth Court is AFFIRMED.